IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK ALLEN, SR.,            )
                               )
          Plaintiff,           )
                               )
     v.                        )      1:22CV108
                               )
DURHAM COUNTY DSS,             )
                               )
          Defendant.           )
```

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 9, 2022, was served on the parties in this action. (Text Recommendation dated Feb. 9, 2022; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

                              /s/   Thomas D. Schroeder
                              United States District Judge

February 17, 2022